DANIEL G. BOGDEN
United States Attorney
BRADLEY W. GILES
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

2010 AUG 17  P 2:30

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs | ) 2:10-MJ-0505-LRL |
| | ) |
| 2007 SILVER MERCEDES BENZ, | ) |
| CALIFORNIA LICENSE TAG 6LGT787 | ) |
| BEARING VEHICLE IDENTIFICATION | ) |
| NUMBER (VIN) WDDNG71XX7A077197 | ) |

### GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL AFFIDAVIT

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Bradley W. Giles, Assistant United States Attorney, and moves this Court to unseal the Affidavit together with the Application, the Court's Order and search warrant return for purposes of discovery in the above-captioned matter.

Unsealing is necessary to permit the Government to copy and distribute the above referenced documents to the defense.

DATED this 17th day of August, 2010.

DANIEL G. BOGDEN
United States Attorney

BRADLEY W. GILES
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| vs | ) 2:10-MJ-0505-LRL<br>) |
| 2007 SILVER MERCEDES BENZ,<br>CALIFORNIA LICENSE TAG 6LGT787<br>BEARING VEHICLE IDENTIFICATION<br>NUMBER (VIN) WDDNG71XX7A077197 | )<br>)<br>)<br>)<br>) |

### ORDER

Based on Government's Application for an Order to Unseal the Affidavit together with the Application, the Court's Order, and search warrant return issued in the above-captioned matter and good cause appearing, therefor

IT IS SO ORDERED that the Affidavit, the Application, the Court's Order and search warrant return be unsealed.

DATED this 24th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE